**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2096

JOCELYN LISA PENNELLA DOYLE,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:21-cv-00168-GMG-RWT)

Submitted:  February 16, 2023                    Decided:  February 21, 2023

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jocelyn Lisa Pennella Doyle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jocelyn Lisa Pennella Doyle appeals the district court's order dismissing her amended complaint, in which she raised claims of employment discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Doyle v. Dep't of Veterans Affs.*, No. 3:21-cv-00168-GMG-RWT (N.D.W. Va. Aug. 24, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
